1  KEVIN M. SADLER
   State Bar No. 283765
2  **BAKER BOTTS L.L.P.**
   Building One, Suite 200
3  1001 Page Mill Rd.
   Palo Alto, California 94304
4  kevin.sadler@bakerbotts.com

5  COUNSEL FOR GARNISHEE
6  RGT CAPTAL AMANGEMENT, LTD.

7
8  **UNITED STATES DISTRICT COURT**
   **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | No. 17-cv-3482 JAK |
|---|---|
| Plaintiffs, | |
| | [CR 05-00398-GAF] |
| v. | |
| | **ANSWER OF GARNISHEE** |
| STUART WOLFF | **RGT CAPITAL MANAGEMENT, LTD.** |
| Defendant. | |

1

1 **DECLARANT STATES:**

2     My name is Mark Griege and my address and

3 telephone number are 5950 Sherry Lane, Dallas Tx, 75225, 214-360-7000

4 _____.

5     1.   I am authorized to make this declaration on behalf of Garnishee

6 RGT Capital Management, Ltd. regarding the writ of continuing garnishment

7 received by Garnishee on 5.23.2017.

8 **IF GARNISHEE IS AN INDIVIDUAL:**

9     _____ is the Garnishee herein, doing business in the

10 name of _____.

11 **IF GARNISHEE IS A PARTNERSHIP:**

12     The person making this declaration is a member and partner of the

13 Garnishee, which is a partnership conducted under the name of

14 RGT Capital Mgmt. at Dallas, Texas.

15 **IF GARNISHEE IS A CORPORATION:**

16     The person making this declaration is the _____ of

                                                                               (OFFICIAL TITLE)

17 Garnishee _____ a corporation, organized under the laws of

18 the State of _____.

19     2.   As of 5.26.2017, Garnishee has custody, control, or

20 possession of the following property, in which Defendant has a nonexempt

21 interest:

| Description of Property | Approximate Value | Description of Defendant's Interest In Property |
|---|---|---|
| a. See attachment | | |
| b. | | |
| c. | | |
| d. | | |

28

4. Garnishee anticipates owing to Defendant in the future, the following amounts:

| Amounts | Estimate Date or Period Due |
|---|---|
| a. $ See attachment | |
| b. $ | |
| c. $ | |

5. Is Defendant subject to an existing garnishment or levy?

☐ Yes ☒ No   If yes, what is the outstanding amount now due and owing?  Balance due $_____.

7. If Garnishee is unable to determine the identity of Defendant after making a good faith effort to do so, the following is a statement of Garnishee's efforts made and the reasons for such inability:

_____

_____

8. Garnishee owed Defendant the sum of $ 0.00 on the date the writ of continuing garnishment was served for the following reasons:
   See attachment

_____.

9. Garnishee mailed a copy of this answer by first-class mail on this date to: (a) Defendant, at the address provided to me by the United States of America and (b) The U.S. Attorney's Office for the Central District of California, ATTN: Financial Litigation Section, Suite 7516, Federal Building, 300 N. Los Angeles St., Los Angeles, CA 90012.

I declare under penalty of perjury that I have read the foregoing document and that the statements made therein are true and correct.

Executed on ___May 26___, 2017.

_____
DECLARANT

3

### Attachment to Declaration of Mark Griege and Answer of RGT Capital Management to Notice of Continuing Writ of Garnishment

RGT Capital Management, Ltd. ("RGT") formerly had an advisor-client relationship with Stuart Wolff ("Wolff"), but that relationship terminated on February 27, 2017. Accordingly, RGT no longer acts as a financial advisor to Wolff or has control over his assets.

The only current relationship between RGT and Wolff is in connection with two Texas limited partnerships managed by companies affiliated with RGT. Wolff holds limited partnership interests in these entities, which he acquired during his time as a client of RGT. Wolff is only a silent limited partner who made investments in these partnerships, and he plays no role in their management or operations. These partnerships are designed to be investment vehicles for clients of RGT. The partnerships and Wolff's interest in each of them is as follows:

| Partnership Name | Wolff's Interest | Current Value of Wolff's Interest | Year Acquired |
|---|---|---|---|
| RGT- Buchanan Fund V, L.P. | 7.02% | $25,782.91 | 2006 |
| RGT - Crow IV, L.P. | 3.33% | $7,711.43 | 2006 |

These partnerships pay cash dividends to the limited partners at various times, although there is no set schedule or amount for such dividends. No dividends have been paid from either partnership since the writ was issued on May 16, 2017.

In light of the continuing writ of garnishment, until further directed by the Court, RGT will hold back any dividends that would otherwise be paid to Wolff.

1
2
3   Dated: May 26, 2017                    Respectfully submitted,
4
5                                          _____
6                                          Kevin M. Sadler (Bar No. 283765)
                                           BAKER BOTTS L.L.P.
7                                          Building One, Suite 200
                                           1001 Page Mill Rd.
8                                          Palo Alto, California 94304
                                           Tel. 650.739.7518
9                                          Fax 650.739.7618
                                           kevin.sadler@bakerbotts.com
10
                                           COUNSEL FOR
11                                         RGT CAPITAL MANAGEMENT LTD.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE BY MAILING

I, __Danielle Clarissa Pulido__, declare:

I am over the age of eighteen and am not a party to the above-entitled action;

That I am employed by __Baker Botts L.L.P.__ herein was made; that on __May 26__, 2017, I deposited in the above-entitled action, in an envelope bearing the requisite postage, a copy of **ANSWER OF GARNISHEE RGT CAPITAL MANAGEMENT** addressed to:

> U.S. Attorney's Office for the Central District of California
> ATTN: Financial Litigation Section
> Room 7516, Federal Building
> 300 North Los Angeles Street
> Los Angeles, CA 90012
>
> STUART WOLFF, SSN XXX-XX-0984
> c/o John F. Gibbons, Esq.
> Greenberg Traurig, LLP
> 77 West Wacker Drive, Suite 3100
> Chicago, IL 60601

at their last known address provided by the United States, at which place there is a delivery service by U.S. Mail.

This Certificate is executed on __May 26__ 2017, at __Palo Alto__ [City], __California__ [State].

I certify under penalty of perjury that the foregoing is true and correct.

*D. Pulido*
_____
Signature

6