FILED
CLERK, U.S. DISTRICT COURT

MAY 2 6 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CV 17-03482 JAK |
| Plaintiff, | [CR 05-00398 GAF] |
| vs. | ANSWER BY CHARLES SCHWAB & CO., INC. |
| STUART WOLFF, | |
| Defendant | |

ANSWER BY CHARLES SCHWAB & CO., INC. - 1



**Corporate Legal Group**
9800 Schwab Way
Lone Tree, CO 80124

May 22, 2017

Clerk of Court
312 North Spring St.
Room G-8
Los Angeles, CA 90012-4701

RE:  U.S.A. v Stuart Wolff
     Case No. 17-cv-3482 JAK

To whom it may concern:

This letter acknowledges that Charles Schwab & Co., Inc. ("Schwab") has received the Garnishment served in the above referenced matter and Schwab is not required to make an appearance. This letter is Schwab's formal response. Please advise me immediately if this answer is not sufficient. The following account values are as of May 22, 2017.

1. Schwab account no. XXXX-3023 is an Individual Retirement Account in the name of Stuart Howard Wolff and contains $118,573.64,[1] in securities and $16,663.90 in cash. Accordingly, the account net value is $135,237.54.

The above account has been and will remain restricted up to the amount of the judgment. <u>Please advise me what further action, if any, Schwab may be required to take in regards to the account(s).</u>

The **Garnishment** does not give Schwab the authority to liquidate securities. A court order directing Schwab to liquidate the securities is required to convert the securities into cash. The court order must address in what sequence the securities should be liquidated.

Sincerely,

Corporate Legal Group
Charles Schwab & Co., Inc.
(877) 243-9263

Cc: John F Gibbons
    U.S. Attorney's Office

---

[1] Securities are subject to daily market fluctuation.

**DECLARANT STATES:**

My name is _____ and my address and telephone number are _____.

1. I am authorized to make this declaration on behalf of Garnishee _____ regarding the writ of continuing garnishment received by Garnishee on _____.

**IF GARNISHEE IS AN INDIVIDUAL:**

_____ is the Garnishee herein, doing business in the name of _____.

**IF GARNISHEE IS A PARTNERSHIP:**

The person making this declaration is a member and partner of the Garnishee, which is a partnership conducted under the name of _____ at _____.

**IF GARNISHEE IS A CORPORATION:**

The person making this declaration is the _____ of
(OFFICIAL TITLE)
Garnishee _____ a corporation, organized under the laws of the State of _____.

2. As of _____, Garnishee has custody, control, or possession of the following property, in which Defendant has a nonexempt interest:

| **Description of Property** | **Approximate Value** | **Description of Defendant's Interest In Property** |
|---|---|---|
| a. _____ | _____ | _____ |
| b. _____ | _____ | _____ |
| c. _____ | _____ | _____ |
| d. _____ | _____ | _____ |

*See Attached*

4. Garnishee anticipates owing to Defendant in the future, the following amounts:

| Amounts | Estimate Date or Period Due |
|---|---|
| a. $ — | — |
| b. $ — | — |
| c. $ — | — |

5. Is Defendant subject to an existing garnishment or levy?

☐ Yes ☒ No   If yes, what is the outstanding amount now due and owing? Balance due $_____.

7. If Garnishee is unable to determine the identity of Defendant after making a good faith effort to do so, the following is a statement of Garnishee's efforts made and the reasons for such inability:

_____
_____

8. Garnishee owed Defendant the sum of $ —  on the date the writ of continuing garnishment was served for the following reasons:

_____
_____

9. Garnishee mailed a copy of this answer by first-class mail on this date to: (a) Defendant, at the address provided to me by the United States of America and (b) The U.S. Attorney's Office for the Central District of California, ATTN: Financial Litigation Section, Suite 7516, Federal Building, 300 N. Los Angeles St., Los Angeles, CA 90012.

I declare under penalty of perjury that I have read the foregoing document and that the statements made therein are true and correct.

Executed on *May 22*, 2017.

_____
DECLARANT
CS Weiser

3