ORIGINAL

2017 JUL 11 AM 11:38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY /s/

GARNISHEE NAME: TH Lee Putnam Internet Partners
GARNISHEE ADDRESS: 1120 Ave. of the Americas
New York, NY 10036
Attn: James G. Brown
GARNISHEE TELEPHONE: (212) 951-8602
GARNISHEE EMAIL:

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STUART WOLFF,<br><br>Defendant. | No. 17-cv-3482 JAK<br>[CR 05-00398-GAF]<br><br>**ANSWER OF GARNISHEE**<br>**TH LEE PUTNAM INTERNET**<br>**PARTNERS, AKA TH LEE**<br>**PUTNAM VENTURES** |

1 | **DECLARANT STATES:**
2 | My name is <u>JAMES G. BROWN</u> and my address and
3 | telephone number are <u>1120 AVENUE OF THE AMERICAS NY, NY 10036</u>
4 | <u>(212) 951.8602</u> .
5 | 1. I am authorized to make this declaration on behalf of Garnishee
6 | <u>TH LEE PUTNAM INTERNET PARTNERS (INDIVIDUALS), L.P.</u> regarding the writ of continuing garnishment
7 | received by Garnishee on <u>JUNE 9, 2017</u> .
8 | **IF GARNISHEE IS AN INDIVIDUAL:**
9 | _____ is the Garnishee herein, doing business in the
10 | name of _____ .
11 | **IF GARNISHEE IS A PARTNERSHIP:**
12 | The person making this declaration is a member and partner of the
13 | Garnishee, which is a partnership conducted under the name of
14 | <u>TH LEE PUTNAM INTERNET PARTNERS (INDIVIDUALS) LP</u> at <u>1120 AVENUE OF THE AMERICAS</u>, <u>NY</u>, <u>NY</u>. <u>10036</u>
15 | **IF GARNISHEE IS A CORPORATION:**
16 | The person making this declaration is the _____ of
   | (OFFICIAL TITLE)
17 | Garnishee _____ a corporation, organized under the laws of
18 | the State of _____ .
19 | 2. As of <u>JUNE 15, 2017</u>, Garnishee has custody, control, or
20 | possession of the following property, in which Defendant has a nonexempt
21 | interest: ✱

| Description of Property | Approximate Value | Description of Defendant's Interest In Property |
|---|---|---|
| a. LIMITED PARTNERSHIP INTEREST | ESTIMATED CURRENT N.A.V. $63,097.00 | LIMITED PARTNER |
| b. | | |
| c. | | |
| d. | | |

28 |

✱ ON JUNE 2, 2017 A DISTRIBUTION IN
THE AMONT OF $5,611.00 WAS MADE
VIA WIRE TRANSFER.

2

| | |
|---|---|
| 1 | 4. Garnishee anticipates owing to Defendant in the future, the following |
| 2 | amounts: |

**Amounts**              **Estimate Date or Period Due**

a. $ 0

b. $

c. $

5. Is Defendant subject to an existing garnishment or levy?

☐ Yes ☒ No    If yes, what is the outstanding amount now due and owing? Balance due $_____.

7. If Garnishee is unable to determine the identity of Defendant after making a good faith effort to do so, the following is a statement of Garnishee's efforts made and the reasons for such inability:

_____

_____

8. Garnishee owed Defendant the sum of $ 0 on the date the writ of continuing garnishment was served for the following reasons:

_____.

9. Garnishee mailed a copy of this answer by first-class mail on this date to: (a) Defendant, at the address provided to me by the United States of America and (b) The U.S. Attorney's Office for the Central District of California, ATTN: Financial Litigation Section, Suite 7516, Federal Building, 300 N. Los Angeles St., Los Angeles, CA 90012.

I declare under penalty of perjury that I have read the foregoing document and that the statements made therein are true and correct.

Executed on _____, 2017.

_____
DECLARANT

3

## PROOF OF SERVICE BY MAILING

I, JAMES G. BROWN, declare:

I am over the age of eighteen and am not a party to the above-entitled action;
That I am employed by TH LEE PUTNAM INTERNET PARTNERS (INDIVIDUALS) LP. herein was made; that on JUNE 16, 2017, I deposited in the above-entitled action, in an envelope bearing the requisite postage, a copy of **ANSWER OF GARNISHEE TH LEE PUTNAM INTERNET PARTNERS, AKA TH LEE PUTNAM VENTURES** addressed to:

> U.S. Attorney's Office for the Central District of California
> ATTN: Financial Litigation Section
> Room 7516, Federal Building
> 300 North Los Angeles Street
> Los Angeles, CA 90012
>
> STUART WOLFF, SSN XXX-XX-0984
> c/o John F. Gibbons, Esq.
> Greenberg Traurig, LLP
> 77 West Wacker Drive, Suite 3100
> Chicago, IL 60601

at their last known address provided by the United States, at which place there is a delivery service by U.S. Mail.

This Certificate is executed on _____ 2017, at _____ [City], _____ [State].

I certify under penalty of perjury that the foregoing is true and correct.

_____
Signature

4