**GARNISHEE NAME:** Kleiner Perkins X-A
**GARNISHEE ADDRESS:** 2750 Sand Hill Rd.
Menlo Park, CA 94025

**GARNISHEE TELEPHONE:**
**GARNISHEE EMAIL:** ahahn@kpcb.com

FILED ORIGINAL
2017 AUG -9 AM 11:42
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>STUART WOLFF,<br><br>　　　　　　Defendant. | No. CV 17-3482-JAK<br><br>[CR 05-0398-GAF]<br><br>**ANSWER OF GARNISHEE**<br>**KLEINER PERKINS CAUFIELD &**<br>**BYERS X-A, LP** |

**DECLARANT STATES:**

My name is ___Ava Hahn___ and my address and telephone number are ___2750 Sand Hill Rd, Menlo Park___.

1. I am authorized to make this declaration on behalf of garnishee ___Kleiner Perkins X-A___ ("Garnishee") regarding the writ of continuing garnishment received by Garnishee on ___7/31/17___.

**IF GARNISHEE IS AN INDIVIDUAL:**

_____ is Garnishee herein, doing business in the name of _____.

**IF GARNISHEE IS A PARTNERSHIP:**

   The person making this declaration is a member and partner of Garnishee, which is a partnership conducted under the name of _____ at _____.

**IF GARNISHEE IS A CORPORATION:**

   The person making this declaration is the _General Counsel_
   (OFFICIAL TITLE)
of Garnishee, which is a corporation organized under the laws of the State of _____.

   2.   As of _7/31_, 2017, Garnishee has custody, control, or possession of the following property (earnings), in which defendant Stuart Wolff ("Defendant") has a nonexempt interest:

YES      No

____     _X_      a.   Defendant was in my/our employ.

         b.   Pay period is: ☐ monthly ☐ bi-weekly
              ☐ semi-monthly ☐ weekly ☐ daily

   Enter date above pay period ends: _____

         c.   Enter amount of net wages.  Calculate below:

              (1) Gross Pay                    $ _____
              (2) Federal income tax           $ _____
              (3) F.I.C.A. tax                 $ _____
              (4) State income tax             $ _____
              (5) SDI                          $ _____
              (6) Total tax withholdings       $ _____

              **Net wages**                    $ _____
              [(1) less (6)]

1

3. As of __7/31/17__, Garnishee has custody, control, or possession of the following property, in which Defendant has a nonexempt interest:

| Description of Property | Approximate Value | Description of Defendant's Interest In Property |
|---|---|---|
| a. _See attached_ | _____ | _____ |
| b. _____ | _____ | _____ |
| c. _____ | _____ | _____ |
| d. _____ | _____ | _____ |

4. Garnishee anticipates owing to Defendant in the future, the following amounts:

| Amounts | Estimate Date or Period Due |
|---|---|
| a. $_____ | _____ |
| b. $_____ | _____ |
| c. $_____ | _____ |

5. Is Defendant subject to an existing garnishment or levy?

☐ Yes  ☒ No   If yes, what is the outstanding amount now due and owing?  Balance due $_____.

6. If Garnishee is unable to determine the identity of Defendant after making a good faith effort to do so, the following is a statement of Garnishee's efforts made and the reasons for such inability: _____
_____.

2

7. Garnishee owed Defendant the sum of $_____ on the date the writ of continuing garnishment was served for the following reasons:

_____

_____.

8. Garnishee mailed a copy of this answer by first-class mail on this date to: (a) Defendant Stuart Wolff, SSN XXX-XX-0984, c/o John F. Gibbons, Esq., Greenberg Traurig, LLP, 77 West Wacker Drive, Suite 3100, Chicago, IL 60601, and (b) The U.S. Attorney's Office for the Central District of California, ATTN: Financial Litigation Section, Suite 7516-AA, Federal Building, 300 N. Los Angeles St., Los Angeles, CA 90012.

I declare under penalty of perjury that I have read the foregoing document and that the statements made therein are true and correct.

Executed on \_\_8/1\_\_, 2017.

_____
DECLARANT

3

## PROOF OF SERVICE BY MAILING

I, _Ara Hohn_, declare:

I am over the age of eighteen and am not a party to the above-entitled action;

That I am employed by _Kleiner Perkins_, Garnishee herein; that on _8/1_, 2017, I deposited in the above-entitled action, in envelopes bearing the requisite postage, a copy of ANSWER OF GARNISHEE [KLEINER PERKINS CAUFIELD & BYERS X-A, LP], addressed to:

    U.S. Attorney's Office
    ATTN: Financial Litigation Section
    Suite 7516-AA, Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012

    Stuart Wolff, SSN XXX-XX-0984
    c/o John F. Gibbons, Esq., Greenberg Traurig, LLP
    77 West Wacker Drive, Suite 3100
    Chicago, IL 60601

at their last known address provided by the United States, at which place there is a delivery service by U.S. Mail.

This Certificate is executed on _8/1_ 2017, at _Menlo Park_ [city], _CA_ [state].

I certify under penalty of perjury that the foregoing is true and correct.

                        _/s/_
                        Signature



www.kpcb.com | @kpcb

**KLEINER PERKINS CAUFIELD & BYERS X-A, L.P.**
(a California limited partnership)

**INDIVIDUAL PARTNER'S CAPITAL STATEMENT**

Investor name: **The Wolff Family Trust**
Investor ID: **1093**

**Period from inception to June 30, 2017**

| | | |
|---|---|---|
| Commitment | $ | 534,000 |
| Capital called to date | | 534,000 |
| **Unfunded commitment** | **$** | **-** |
| **Cumulative distributions to date** | **$** | **224,568** |

**Period from January 01, 2017 to June 30, 2017**

| | | | |
|---|---|---|---|
| **Beginning Balance:** | 01/01/2017 | $ | 66,303 |
| | Net investment loss | | |
| |     Realized loss | | (10,305) |
| |         Unrealized appreciation | | 9,811 |
| | Contingent loss allocation | | (212) |
| **Ending Balance:** | 06/30/2017 | **$** | **65,597** |

Please note, your beginning capital balance has been adjusted by your portion, $18, of the entity's syndication costs.

May contain differences due to rounding.
Strictly proprietary, confidential, and trade secret. © Copyright 2016. ® All rights reserved.
Duplications or redistribution of the contents of this presentation are prohibited without prior written authorization.

7_1093